## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CAROLYN CASTILLO,

      Plaintiff,

v.                                                         No. 1:22cv00968 JFR/LF

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY, JOHN KUBIAK,
GLORIA LUCERO, JOHN AND JANE DOES 1-10,
and ENTITIES, CORPORATIONS, AND
PARTNERSHIPS 1-10.

      Defendants.

## **TRANSMITTAL OF STATE COURT DOCUMENTS**

Pursuant to D.N.M.LR-Civ. 81.1(a), Allstate Property and Casualty Insurance Company ("Allstate"), by and through its attorneys of record, Modrall, Sperling, Roehl, Harris, & Sisk, P.A. (Jennifer A. Noya and Sonya Burke), hereby submits copies of records and proceedings from the state court action entitled *Carolyn Castillo v. Allstate Property and Casualty Insurance Company, et al.,* State of New Mexico, County of Bernalillo, Second Judicial District Court, Case No. D-202-CV-2022-07002.  Copies of all such records and proceedings are attached hereto as Exhibit 1.  The documents attached hereto as Exhibit 1 represent all of the state court process and pleadings served upon it pursuant to 28 U.S.C. § 1446(a).

                                     MODRALL, SPERLING, ROEHL, HARRIS
                                            & SISK, P.A.

                                 By: */s/ Jennifer A. Noya*
                                     Jennifer A. Noya
                                     Sonya R. Burke
                                     500 Fourth Street NW, Suite 1000
                                     Post Office Box 2168
                                     Albuquerque, New Mexico  87103-2168
                                     Telephone: 505.848.1800
                                     Facsimile: 505.848.1899

                              *Attorneys for Allstate*

WE HEREBY CERTIFY that on this 5th day of January 2023, we filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

>Michael G. Solon
>Linda J. Rios
>RIOS LAW FIRM, P.C.
>PO Box 3398
>Albuquerque, NM 87190
>505.232.2298
>Email: michael.solon@lrioslaw.com
>    linda.rios@lrioslaw.com
>*Attorneys for Plaintiffs*

MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.

By:*/s/ Jennifer A. Noya*
    Jennifer A. Noya

W4598034.DOCX