IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CAROLYN CASTILLO,

      Plaintiff,

v.                                                           No. 1:22cv00968 JFR/LF

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY, JOHN KUBIAK,
GLORIA LUCERO, JOHN AND JANE DOES 1-10,
and ENTITIES, CORPORATIONS, AND
PARTNERSHIPS 1-10.

      Defendants.

**ALLSTATE'S UNOPPOSED MOTION FOR RELEASE
OF FUNDS BEING HELD IN COURT REGISTRY**

      Allstate moves the Court for an Order releasing the fund that Plaintiff's counsel deposited into the Court registry pursuant to an Order entered on December 11, 2023 [Doc 36]. On November 8, 2023, this Court entered an Order that awarded Allstate Property and Casualty Insurance Company $24,234.22 in costs and fees against Plaintiff's counsel and their firm as a sanction. [Doc 32]. The Order further provided that the sum be paid within thirty days. Plaintiff's counsel filed a Motion for Stay Pending Appeal and to Deposit the Fund into the Court Registry [Doc 35] which was unopposed by Allstate and which the Court granted. [Doc. 36]. On January 11, 2024 Allstate received notice that $24,234,22 was deposited into Court Registry pursuant to Doc 36. On August 24, 2024, the Tenth Circuit entered an Order and Judgment affirming this Court's dismissal of Plaintiff's claims and the award of sanctions against Plaintiff's counsel. Plaintiff petitioned for rehearing which was denied on September 18, 2024. The Tenth Circuit entered its mandate on September 26, 2024. Accordingly, as the appeal has concluded Allstate respectfully requests that the $24,234.22 along with any accrued interest be disbursed less any Court registry fees pursuant to D.N.M. L.R. Civ. 67.1.

      Plaintiff does not oppose this Motion.

        MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

By: */s/ Jennifer A. Noya*
    Jennifer A. Noya
    Sonya R. Burke
    Post Office Box 2168
    Bank of America Centre, Suite 1000
    500 Fourth Street, N.W.
    Albuquerque, New Mexico  87103-2168
    Telephone: (505) 848-1800

*Attorneys for Defendant Allstate.*

WE HEREBY CERTIFY that on this 29th day of April we filed the foregoing electronically through the court's electronic filing system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

    Linda J. Rios
    RIOS LAW FIRM, P.C.
    P.O. Box 3398
    Albuquerque, NM 87190-3398
    505.232.2298

    *Attorneys for Plaintiff*

MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

By:*/s/ Jennifer A. Noya*
    Jennifer A. Noya