IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CAROLYN CASTILLO,

    Plaintiff,

v.                                 No. 1:22cv00968 KG/JFR

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY, JOHN KUBIAK,
GLORIA LUCERO, JOHN AND JANE DOES 1-10,
and ENTITIES, CORPORATIONS, AND
PARTNERSHIPS 1-10.

    Defendants.

**ORDER ON ALLSTATE'S UNOPPOSED MOTION FOR RELEASE
OF FUNDS BEING HELD IN COURT REGISTRY**

    This Matter having come before the Court on Allstate Property and Casualty Insurance Company's ("Allstate") Unopposed Motion for Release of Funds Being Held in Court Registry (Doc. 40), the Court having considered the motion and being fully advised in the premises, finds that the Motion is well taken and shall be granted.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT that the $24,234.22 deposited by Plaintiff's counsel into the Court Registry on January 11, 2024, pursuant to Doc 36, along with any accrued interest less any Court registry fees be disbursed to Allstate.

/s/ KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

Submitted by:

MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.

By:      */s/ Jennifer A. Noya*
       Jennifer A. Noya
       Sonya R. Burke
       Post Office Box 2168
       500 Fourth Street NW, Suite 1000
       Albuquerque, New Mexico  87103-2168
       Telephone: 505.848.1800
*Attorneys for Defendant*


Approved as to Form by:

RIOS LAW FIRM, P.C.

By:      *Approved via email on 4.28.25*
     Linda J. Rios
     Michael G. Solan
     P.O. Box 3398
     Albuquerque, NM 87190-3398
     505.232.2298

 *Attorneys for Plaintiff*